IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | |
|---|---|
| Civil Action:    25-cv-02868-CNS-STV | Date: February 19, 2026 |
| Courtroom Deputy:    Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| TRACY LABOY<br>*on behalf of herself and all others similarly situated*<br>**Plaintiff** | *Alexander Hood* |
| v. | |
| BANNER HEALTH<br>**Defendant** | *Michael Bell*<br>*Rebecca Lindell* |

### COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 9:01 a.m.

Appearance of counsel.

Argument as to [21] Partial Motion to Dismiss for Failure to State a Claim given by Mr. Bell and Mr. Hood with questions from the Court.

The Court makes findings of fact, conclusions of law. As outlined on the record it is

**ORDERED:   [21] Partial Motion to Dismiss for Failure to State a Claim is DENIED.**

**Settlement Conference with the Magistrate Judge is authorized.**

Court in Recess:  9:36 a.m.          Hearing concluded.          Total time in Court:  00:35